UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAJVIR BATRA,<br><br>       Plaintiff(s),<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>       Defendant(s). | 23-CV-6408 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. The Case Management Conference currently set for February 6, 2024, at 11:40 a.m., shall now be held on **March 14, 2023, at 10:30 a.m. (E.T.)**. The Conference will be held on Microsoft Teams. The parties are directed to call 646-453-4442, then enter 337 761 215, followed by the pound (#) key. Unless and until the Court orders otherwise, all other prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 25, 2023
     New York, New York

                        DALE E. HO
                      United States District Judge