**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

RAJVIR BATRA,

                           Plaintiff,

          -against-

EXPERIAN INFORMATION
SOLUTIONS, INC.,

                           Defendant.

-----------------------------------------------------------------X

**23 Civ. 6408 (DEH) (GS)**

**<u>PRE-SETTLEMENT</u>**
**<u>CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference for **<u>Monday, April 1, 2024 at 11:00</u>**

**<u>a.m.</u>**, to discuss the scheduling of and preparation for a Settlement Conference.  The parties are

directed to consult the undersigned's Settlement Conference Procedures, available at

https://nysd.uscourts.gov/hon-gary-stein.  Counsel is directed to join the conference via

Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 197 921**

**783#.**

      **SO ORDERED.**

DATED:     New York, New York
             March 29, 2024

                                   _____
                                   The Honorable Gary Stein
                                   United States Magistrate Judge